UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 3:07-cr-00103-LRH-VPC |
| Plaintiff, ) | |
| ) | ORDER DENYING DEFENDANT'S |
| vs. ) | APPEAL FROM ORDER OF DETENTION |
| ) | |
| MYRON MOTLEY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

WHEREAS the defendant MYRON MOTLEY has appealed (#16[1]) from the Order of Detention Pending Trial issued by United States Magistrate Judge on December 6, 2007 (#15), the Government has filed its Response to Defendant's Appeal (#21) and defendant has filed his Reply (#23), the court has conducted a de novo review of the evidence presented before the Magistrate Judge and made its own, independent determination in this matter.

Based upon the court's de novo review of the evidence, the court finds that the evidence is clear and convincing, that there are no conditions or combination of conditions that would reasonably assure the appearance of the defendant at trial and at further proceedings herein, and that the defendant is deemed to pose a danger to the community based upon the defendant's criminal history and this instant offense. The court concurs in the findings made by the Magistrate Judge and adopts and incorporates those factors as more specifically set forth in the Order of Detention Pending Trial filed by the Magistrate Judge on January 4, 2008.

///

---

[1]Refers to this court's docket number.

1 | The defendant shall therefore be detained pending further proceedings and trial herein.
2 | IT IS SO ORDERED.
3 | DATED this 13th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE